## Commonwealth *v.* Vasilion, Appellant.

*Criminal law—Accomplice—Evidence—Charge.*

A conviction on an indictment for sodomy, will not be reversed because it was based on the evidence of the admitted accomplice, where the court charges the jury to carefully scrutinize the testimony, and to remember that it comes from a polluted source, but "if you believe that he was telling you the truth, and if that story which he told you here satisfies you beyond a reasonable doubt" you will be justified in bringing in a verdict of guilty.

Argued April 24, 1918. Appeal, No. 96, Oct. T., 1918, by defendant, from judgment of O. & T. Northampton Co., Dec. T., 1917, No. 62, on verdict of guilty in case of Commonwealth v. Nick Vasilion. Before ORLADY, P. J.,

174, (1918).] Statement of Facts—Opinion of the Court.
PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WIL-
LIAMS, JJ. Affirmed.

Indictment for sodomy. Before STEWART, P. J.

At the trial the prisoner was convicted on the evidence
of the admitted accomplice in the crime.

*Error assigned* was the charge of the court.

*Jas. W. Fox,* with him *Edw. J. Fox,* and *Herbert J.
Hartzog,* for appellant.

*Frank P. McCluskey,* District Attorney, and *Robert E.
James, Jr.,* Assistant District Attorney, for appellee.

PER CURIAM, July 18, 1918:

The jury in this case was clearly and adequately in-
structed in regard to every phase of the defense,—the ef-
fect to be given the evidence of good character, the degree
of proof required to establish the defendant's guilt, and
the effect to be given to the testimony of an admitted ac-
complice, were carefully and fully explained to the jury.
The jury was specially instructed to carefully scrutinize
the testimony of the accomplice, and with the utmost
care and caution to look at his testimony and remember
that it comes from a polluted source. "Nevertheless, if
you believe that he was telling you the truth, and if that
story which he told you here satisfies you beyond a rea-
sonable doubt of the defendant's guilt, the jury would be
justified in bringing in a verdict of guilty: Common-
wealth v. Haines, 257 Pa. 289.

No application for a new trial was made, and we find
no error to warrant a reversal of this judgment.

The judgment is affirmed, the record remitted, and it
is ordered that the appellant appear at such time as he
may be called and that he be committed until he has
fully complied with the sentence imposed or any part of
it that had not been performed at the time this appeal
became a supersedeas.